## AFFIDAVIT OF PROCESS SERVER

### United States District Court Northern District of California

**Vidaurre Felipe, individually, and on behalf of all others similarly situated**

    Plaintiff(s),

VS.

**Paypal, Inc.**

    Defendant(s).

Attorney: Jeffrey D. Kaliel

Kaliel Gold, PLLC
1100 15th St., NW, 4th Fl.
Washington DC 20005


*275706*

**Case Number: 5:22-cv-01283-VKD**

Legal documents received by Same Day Process Service, Inc. on **03/08/2022** at **7:10 AM** to be served upon **Paypal, Inc., by serving CT Corporation System at 330 North Brand Blvd., #700, Glendale, CA 91203**

I, **Nicholas Kosearas**, swear and affirm that on **March 11, 2022** at **9:45 AM**, I did the following:

Served **Paypal, Inc., by serving CT Corporation System** by delivering a conformed copy of the **Summons in a Civil Action (issued on 03/03/2022); Order Setting Initial Case Management Conference and ADR Deadlines; Statement of Information; Civil Cover Sheet; Class Action Complaint; Consent or Declination to Magistrate Judge Jurisdiction; Standing Order for Civil Cases; Standing Order for Settlement Conferences; Standing Order for all Judges of the Northern District of California; Standing Order Re Pretrial Preparation in Civil Cases** to **Daisy Montenegro** as Intake Specialist & Authorized Agent of **Paypal, Inc., by serving CT Corporation System** at **330 North Brand Blvd., #700 , Glendale, CA 91203**.

**Description of Person Accepting Service:**
Sex: Female Age: 30-40 Height: 5ft4in-5ft8in Skin Color: Hispanic Hair Color: Black & Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Nicholas Kosearas**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:275706

