1  ASHLEY SIMONSEN (Bar No. 275203)
2  COVINGTON & BURLING LLP
   1999 Avenue of the Stars
3  Los Angeles, California 90067-4643
   Telephone: + 1 (424) 332-4800
4  Facsimile: + 1 (424) 332-4749
   Email:  asimonsen@cov.com
5
6  KANU SONG (Bar No. 313842)
   COVINGTON & BURLING LLP
7  Salesforce Tower
   415 Mission Street, Suite 5400
8  San Francisco, California 94105-2533
   Telephone: + 1 (415) 591-6000
9  Facsimile: + 1 (415) 591-6091
   Email:  ksong@cov.com
10
11 *Attorneys for Defendant PayPal, Inc.*

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  FELIPE VIDAURRE,                          Case No. 5:22-cv-01283-VKD

18                     Plaintiff,
                                              **STIPULATION ENLARGING TIME**
19       v.                                   **TO RESPOND TO COMPLAINT**

20  PAYPAL, INC.,

21                     Defendant.

22

23

24

25

26

27

28

STIPULATION ENLARGING TIME                             Case No. 5:22-cv-01283-VKD
TO RESPOND TO COMPLAINT

Pursuant to Civil L.R. 6-1(a), plaintiff Felipe Vidaurre and defendant PayPal, Inc., hereby stipulate as follows:

WHEREAS, plaintiff filed the complaint in this action on March 1, 2022 (Dkt. 1);

WHEREAS, PayPal's response is currently due by April 1, 2022 (*see* Dkt. 6; Fed. R. Civ. P. 12);

WHEREAS, the parties have agreed to a 28-day extension of time, or until April 29, 2022, for PayPal to answer or otherwise respond to the complaint;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, though their respective undersigned counsel, that PayPal shall have until April 29, 2022, to answer or otherwise respond to the complaint.

DATED: March 31, 2022                             Respectfully submitted,

By:   */s/ Ashley Simonsen*
      Ashley Simonsen

      ASHLEY SIMONSEN (Bar No. 275203)
      COVINGTON & BURLING LLP
      1999 Avenue of the Stars
      Los Angeles, California 90067-4643
      Telephone: + 1 (424) 332-4800
      Facsimile: + 1 (424) 332-4749
      Email:  asimonsen@cov.com

      KANU SONG (Bar No. 313842)
      COVINGTON & BURLING LLP
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, California 94105-2533
      Telephone: + 1 (415) 591-6000
      Facsimile: + 1 (415) 591-6091
      Email:  ksong@cov.com

      *Attorneys for Defendant PayPal, Inc.*

| | |
|---|---|
| DATED: March 31, 2022 | Respectfully submitted, |

By:  /s/ Jeffrey D. Kaliel
Jeffrey D. Kaliel

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (SBN 330090)
scott@edelsberglaw.com
20900 NE 30th Ave, Ste. 417
Aventura, FL 33180
Tel: 305-975-3320
Fax: 786-623-0915

*Attorneys for Plaintiff*

STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT        3        Case No. 5:22-cv-01283-VKD

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that each signatory above has concurred in the filing of this document.

DATED: March 31, 2022                    By:    */s/ Ashley Simonsen*
                                                        Ashley Simonsen