1 | **KALIELGOLD PLLC**
2 | Jeffrey D. Kaliel (SBN 238293)
  | jkaliel@kalielpllc.com
3 | Sophia G. Gold (SBN 307971)
4 | sgold@kalielgold.com
  | 1100 15th Street NW, 4th Floor
5 | Washington, D.C. 20005
  | Telephone: (202) 350-4783
6 |
7 | **EDELSBERG LAW, P.A.**
  | Scott Edelsberg, Esq. (CA 330090)
8 | scott@edelsberglaw.com
  | 20900 NE 30th Ave, Ste. 417
9 | Aventura, FL 33180
  | Tel: 305-975-3320
10 | Fax: 786-623-0915

GRANTED
Judge Yvonne Gonzalez Rogers
6/3/2022

11 | *Attorneys for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE VIDAURRE**, individually, and on behalf of all others similarly situated, | Case No.: 4:22-cv-01283-YGR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **PAYPAL HOLDINGS, INC.**, | |
| Defendant. | |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FELIPE VIDAURRE, on behalf of himself and all persons similarly situated, hereby dismisses his individual claims for relief against Defendant PAYPAL HOLDINGS, INC., with prejudice. The claims of the Class are dismissed without prejudice.

Dated: May 27, 2022                               Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Jeffrey D. Kaliel*
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

Scott Edelsberg (CA 330090)
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Ste. 417
Aventua, FL 33180
Tel: 305-975-3320
Fax: 786-623-0915

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Notice of Voluntary Dismissal With Prejudice** was filed electronically, and that service was made on all parties and their counsel was accomplished through the Notice of Electronic Filing.

Dated: May 27, 2022

          */s/ Jeffrey D. Kaliel*
          Jeffrey D. Kaliel